18261 R
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company
JM5630_____

                                                             UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE: JENNIFER HULTMARK

                                                             CHAPTER: 7 R
                                                             CASE NO.:  04-18106 (RTL)

                                                             NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

Ford Motor Credit Company hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Ford Motor Credit Company with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Ford Motor Credit Company, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Ford

Motor Credit Company by due service upon its undersigned attorneys, John R. Morton,

Jr., Esquire, at the address stated above and also to it at the following address:

Ford Motor Credit Company
PO Box 537901
Livonia, MI 48153-7901

Ford Motor Credit Company, pursuant to Fed R Bankr P 3017(a), further requests that all

plans and disclosure statements filed herein by any party be duly served upon it and its

undersigned attorneys.

/s/  John R. Morton, Jr.
    John R. Morton, Jr., Esquire
    Attorney for Ford Motor Credit
    Company

Dated: